JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jessica.oliva@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA MENDOZA-GOMEZ,<br><br>Defendant. | Case No. 2:95-cr-00141-MMD-VCF<br><br>**Motion to Dismiss the Indictment Without Prejudice** |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed July 7, 1995, against defendant Angela Mendoza-Gomez. (*See* ECF 1.) The United States has received a certified copy of Mendoza-Gomez's death certificate. Accordingly, the United States respectfully requests that the Criminal Indictment (ECF 1) against defendant Mendoza-Gomez be dismissed.

Respectfully submitted this 15th day of November, 2022.

JASON M. FRIERSON
United States Attorney


 *s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA MENDOZA-GOMEZ,<br><br>Defendant. | Case No. 2:95-cr-00141-MMD-VCF<br><br>**[Order Granting Motion to Dismiss Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the government hereby dismisses without prejudice the Indictment in the above-captioned matter.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney

Leave of Court is hereby granted for the filing of the above dismissal.

DATED this __15th__ day of __November__, 2022,

HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE